# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1957
_____

MICHAEL A. BOYINGTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Suwannee County.
Kathryn R. Land, Judge.

February 4, 2026

PER CURIAM.

DISMISSED. *See Griffin v. State*, 385 So. 3d 1128, 1129 (Fla. 1st DCA 2024) ("The circuit court dismissed without prejudice Appellant's motion to correct illegal sentence. Because such an order is not a final, appealable order, this cause is dismissed for lack of jurisdiction.").

ROWE, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Michael A. Boyington, pro se, Appellant.

James Uthmeier, Attorney General, and Heather Flanagan Ross, Senior Assistant, Tallahassee, for Appellee.